


EXHIBIT C

Comptroller of the Currency
Administrator of National Banks

Washington, DC 20219

July 25, 2008

The Federal Deposit Insurance Corporation
550 17th Street, N.W.
Washington, D.C. 20429-9990

Re: First National Bank of Nevada, Reno, Nevada (Charter Number 18667)

To Whom It May Concern:

You have been appointed Receiver of the above captioned bank (Bank) effective as of the date of this letter. A copy of the Receivership Determination and Appointment of Receiver for the Bank is enclosed.

Please send the Office of the Comptroller of the Currency a copy of any verification of assets prepared by the Federal Deposit Insurance Corporation.

Very truly yours,

Jennifer C. Kelly
Senior Deputy Comptroller
Midsize/Community Bank Supervision

Enclosure

# UNITED STATES OF AMERICA
# OFFICE OF THE COMPTROLLER OF THE CURRENCY
# WASHINGTON, D.C.

Receivership Determination and Appointment of Receiver

First National Bank of Nevada
Reno, Nevada
(18667)

**WHEREAS,** the Comptroller of the Currency has delegated to me the authority to appoint a receiver for a national bank under 12 U.S.C. Sections 191 and 1821(c)(5);

**WHEREAS,** the above captioned bank (Bank) is insured by the Federal Deposit Insurance Corporation (FDIC);

**WHEREAS,** from information available to the Office of the Comptroller of the Currency (OCC) and pursuant to 12 U.S.C. § 191, I have determined that the following grounds exist for the appointment of a receiver for the Bank:

The Bank has experienced substantial dissipation of assets or earnings due to unsafe or unsound practices. 12 U.S.C. § 1821(c)(5)(B)(ii).

The Bank is in an unsafe or unsound condition to transact business. 12 U.S.C. § 1821(c)(5)(C).

The Bank has incurred or is likely to incur losses that will deplete all or substantially all of its capital, and there is no reasonable prospect for the Bank to become adequately capitalized (as defined in 12 U.S.C. § 1831o(b)) without Federal assistance. 12 U.S.C. § 1821(c)(5)(G).

The Bank's unsafe or unsound practices or condition are likely to cause substantial dissipation of assets or earnings. 12 U.S.C. § 1821(c)(5)(H)(i).

The Bank's unsafe or unsound practices or condition are likely to weaken the Bank's condition. 12 U.S.C. § 1821(c)(5)(H)(ii).

The Bank's unsafe or unsound practices or condition are likely to otherwise seriously prejudice the interests of the Bank's depositors or the deposit insurance fund. 12 U.S.C. § 1821(c)(5)(H)(iii).

The Bank is undercapitalized (as defined in 12 U.S.C. § 1831o(b)), and has no reasonable prospect of becoming adequately capitalized (as defined in 12 U.S.C. § 1831o(b)). 12 U.S.C. § 1821(c)(5)(K)(i).

The Bank is undercapitalized (as defined in 12 U.S.C. § 1831o(b)), and failed to submit a capital restoration plan acceptable to the OCC within the time prescribed under 12 U.S.C. § 1831o(e)(2)(D). 12 U.S.C. § 1821(c)(5)(K)(iii).

**WHEREAS**, in my discretion, I have determined that the FDIC should be appointed Receiver of the Bank;

**NOW THEREFORE**, pursuant to the provisions of 12 U.S.C. §§ 191 and 1821(c) and the power, duty, and authority vested in me by law, I do hereby appoint the FDIC as Receiver of the Bank, with all powers, duties, and responsibilities given to or imposed upon a receiver under the provisions of the laws of the United States which authorize and direct the appointment of such receiver.

Jennifer C. Kelly
Senior Deputy Comptroller
Midsize/Community Bank Supervision

Dated: July 25, 2008

**FDIC**
Division of Resolutions and Receiverships
Dallas Regional Office
1601 Bryan Street
Dallas, Texas 75201                                        Telephone (214) 754-0098

July 25, 2008

Office of the Comptroller of the Currency
Washington, D.C.

**Subject:**   **First National Bank of Nevada**
               **Reno, NV – In Receivership**
               **Acceptance of Appointment as Receiver**

Dear Sir or Madam:

    Please be advised that the Federal Deposit Insurance Corporation accepts its appointment as Receiver of the captioned depository institution, in accordance with the Federal Deposit Insurance Act, as amended.

Sincerely,

By: _____
    Attorney in Fact

Printed Name: Robert Schoppe