Doc# 2008045443
Bk 15499 Pg 0815 - 0817
Received York SS
10/02/2008 1:56PM
Debra L. Anderson
Register of Deeds

N-121
(Rev.9-16-)

EXHIBIT D

# STATE OF MAINE

(SEAL OF COURT)
YORK **SEAL** COUNTY PROBATE COURT  **Alfred**
Location of Court

DOCKET  **2008-0717**

Estate of  **SUSANNE BROUSSEAU**   CERTIFICATE AND ABSTRACT

To the Register of Deeds of  **York**  County

An estate has been opened in this court for the above named decedent. The following facts apply to this estate according to the probated will or the petition or application was made or both.

Date of decedent's death  **08/04/2008**

1. Did decedent leave a will?  ☐ YES  ☒ NO
2. If item one is YES, will was probated  ☐ FORMALLY  ☐ INFORMALLY
3. If item one is YES, date of most recent probate of the will was  ____
4. If item 2 is answered FORMALLY, was there previous informal probate of the same will?  ☐ YES  ☐ NO
5. If the will was previously probated informally, was that informal probate certified to the Register of Deeds of the county to which this certificate is directed?  ☐ YES  ☐ NO
6. Has a petition for elective share been filed? (If YES, attach copy.)  ☐ YES  ☒ NO
7. Has a personal representative been appointed?  ☒ YES  ☐ NO
8. If item 7 is YES, date of appointment was  09/19/2008
9. If item 7 is YES, appointment was  ☐ FORMAL  ☒ INFORMAL

10. If item 7 is YES, give names and addresses of personal representatives.
KAREN M. BROUSSEAU
6 MICHAUD AVENUE
OLD ORCHARD BEACH, MAINE 04064

11. Insert here a true copy of so much of decedent's will as devises real estate, if any. In addition, if a more complete description of the real estate involved appears on the petition or application upon which the appointment was made, add that description below the provisions of the will. Label any such description: "DESCRIPTION OF REAL ESTATE FROM APPLICATION OR PETITION". Also, in every case where information is available, list each municipality and county in which decedent owned real estate.

    Old Orchard Beach, York County

12. Following is a list of <u>Heirs</u> or of all persons who are or may be <u>Devisees</u> of real estate. (List heirs only when there is no probated will. If there is a probated will, list devisees of real estate.)

>Stephen E. Brousseau
>
>Karen M. Brousseau
>
>Bruce G. Brousseau
>
>Robyn L. Harding
>
>Constance E. Brousseau

13. I certify that the foregoing statements are accurate so far as they may be determined from the will or the petition or application upon which the appointment was made.

Date  October 2, 2008

*Carol J. Lovejoy*
Register of Probate
Carol J. Lovejoy

See 18-A MRSA § 1-504.

YORPROB

End of Document