

NANCY E HAMMOND, REGISTER OF DEEDS
E-RECORDED  **Bk 18013  PG 386**
**Instr # 2019031242**
08/06/2019  02:52:33 PM
Pages 3   YORK CO

THIS INSTRUMENT PREPARED BY:

Name: Graham Howitt
Title: Senior Realty Specialist
FEDERAL DEPOSIT INSURANCE CORP.
1601 Bryan Street, Dallas, TX  75201

**AFTER RECORDING RETURN TO:**
Name:
Address:

# ASSIGNMENT AND TRANSFER OF LIEN

Date: August 2, 2019

Holder of the Note and Lien:   FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver for First National Bank of Nevada, Reno, NV f/k/a First National Bank of Arizona, Scottsdale, AZ.

Holder's Mailing Address:   1601 Bryan Street, Dallas, Texas  75201

Transferee:   Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Carlsbad Funding Mortgage Trust.

Transferee's Mailing Address:   15480 Laguna Canyon Road, Suite 100, Irvine, CA 92618

Mortgage:
   Date:   January 17, 2007

   Original Amount:   $156,689.00

   Maker:   First National Bank of Arizona

   Payee:   Susanne B. Brousseau

Note and Lien are Described in the Following Document(s), Recorded in:

   Book 15067 Page 0391 on January 23, 2007 in the York County Register of Deeds.

Property (including any improvements) Subject to the Lien:

   See Exhibit "A" attached hereto and made a part hereof.

For value received, the receipt and sufficiency of which are hereby acknowledged, Holder of the Note and Lien assigns and transfers the Note and Lien to Transferee. This Assignment and Transfer of Lien is without recourse on the Holder of the Note and Lien and without warranty of any kind, express or implied, upon or by the Holder of the Note and Lien.

When the context requires, singular nouns and pronouns include the plural.

FEDERAL DEPOSIT INSURANCE CORPORATION in the capacity stated above.

By: _____
William M. Terry, Attorney-in-fact

## ACKNOWLEDGMENT

STATE OF TEXAS §
§
COUNTY OF DALLAS §

This instrument was acknowledged before me on this August 2, 2019, by William M. Terry, Attorney-in-fact, of the Federal Deposit Insurance Corporation, a corporation organized and existing under the laws of the United States of America, on behalf of such Corporation in the capacity stated herein.

GARY L. CRISS
My Notary ID # 124193933
Expires April 23, 2022

Name: Gary L. Criss
Notary Public in and for the State of Texas

Approved by RMJ 4/7/99 (Maine) Assignment and Transfer of Lien

# Exhibit A - Property Description

**Property address:** 6 Michaud Road, Old Orchard Beach, Maine 04064

A certain lot or parcel of land with the buildings thereon situated in Old Orchard Beach, in the County of York and State of Maine, bounded and described as follows: Beginning at the junction of the southerly side of Michaud Street as shown on Plan of Lots belonging to Paul E. Benoit by Libby and Dow, Engineers and recorded in the York County Registry of Deeds in Plan Book 15, Page 26 and the westerly sideline of Hobson Avenue as shown on said Plan; thence southerly by the westerly side of said Hobson Avenue, seventy-five (75) feet to an iron pipe driven into the ground and land of Therrien; thence Southwesterly by said Therrien land one hundred four and forty-nine hundredths (104.49) feet to the southeasterly corner of lot numbered nine (9) on said Plan; thence northerly by the easterly side line of said lot numbered nine (9) and lot numbered eight (8), one hundred five and twenty-nine hundredths (105.29) feet to the northwesterly corner of lot numbered eight (8) on the southerly side line of said Michaud Street; thence easterly by said Michaud Street one hundred (100) feet to the point of beginning. Being lot numbered ten (10) on said Plan.

This conveyance is made subject to the following restrictions that shall run with the land be binding on the Grantees, their successors and assigns: No public garage, hen coops or summer camps shall ever be built or places on said lot and all wet waste shall be kept in covered containers and all dry waste in proper receptacles.