August 11, 2017     RE: 7600350304


EXHIBIT F

SUSANNE B. BROUSSEAU
6 MICHAUD AVENUE
OLD ORCHARD BEACH, ME 04064

August 11, 2017     RE: 7600350304



P.O. Box 55004
Irvine, California 92619
888.504.6700 toll free
949-341-2200 fax
www.rushmorelm.com

August 11, 2017

SUSANNE B. BROUSSEAU
MARIANNENSTRASSE 11 A
10999, BERLIN GERMANY

        RE: Loan Number:   **7600350304**
        Property Address:   **6 MICHAUD AVENUE**
                                     **OLD ORCHARD BEACH, ME 04064**

## NOTICE OF RIGHT TO CURE

Dear Mortgagor(s):

Rushmore Loan Management Services LLC is the loan servicer for the holder of your mortgage loan, Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Carlsbad Funding Mortgage Trust. Your loan is in default. You are in default under the terms of your note for failure to make monthly installments commencing on 02/01/2011. You have the right to cure this default by payment in full of all amounts that are due as more fully set forth on the attached SCHEDULE A.

The amount required to cure this default as of 8/11/2017 is $98,092.07.

**SEE ATTACHED SCHEDULE A**

The total amount due does not include any amounts that become due after the date of the notice.

The above amount must be sent to the address listed below within thirty-five (35) days of the date of this letter (the "Cure Date").

# SCHEDULE A

RE: LOAN NUMBER: 7600386216

**MORTGAGE PAYMENT DUE DATES:**

FEBRUARY 1, 2011; MARCH 1, 2011; APRIL 1, 2011; MAY 1, 2011; JUNE 1, 2011; JULY 1, 2011; AUGUST 1, 2011; SEPTEMBER 1, 2011; OCTOBER 1, 2011; NOVEMBER 1, 2011; DECEMBER 1, 2011; JANUARY 1, 2012; FEBRUARY 1, 2012; MARCH 1, 2012; APRIL 1, 2012; MAY 1, 2012; JUNE 1, 2012; JULY 1, 2012; AUGUST 1, 2012; SEPTEMBER 1, 2012; OCTOBER 1, 2012; NOVEMBER 1, 2012; DECEMBER 1, 2012; JANUARY 1, 2013; FEBRUARY 1, 2013; MARCH 1, 2013; APRIL 1, 2013; MAY 1, 2013; JUNE 1, 2013; JULY 1, 2013; AUGUST 1, 2013; SEPTEMBER 1, 2013; OCTOBER 1, 2013; NOVEMBER 1, 2013; DECEMBER 1, 2013; JANUARY 1, 2014; FEBRUARY 1, 2014; MARCH 1, 2014; APRIL 1, 2014; MAY 1, 2014; JUNE 1, 2014; JULY 1, 2014; AUGUST 1, 2014; SEPTEMBER 1, 2014; OCTOBER 1, 2014; NOVEMBER 1, 2014; DECEMBER 1, 2014; JANUARY 1, 2015; FEBRUARY 1, 2015; MARCH 1, 2015; APRIL 1, 2015; MAY 1, 2015; JUNE 1, 2015; JULY 1, 2015; AUGUST 1, 2015; SEPTEMBER 1, 2015; OCTOBER 1, 2015; NOVEMBER 1, 2015; DECEMBER 1, 2015; JANUARY 1, 2016; FEBRUARY 1, 2016; MARCH 1, 2016; APRIL 1, 2016; MAY 1, 2016; JUNE 1, 2016; JULY 1, 2016; AUGUST 1, 2016; SEPTEMBER 1, 2016; OCTOBER 1, 2016; NOVEMBER 1, 2016; DECEMBER 1, 2016; JANUARY 1, 2017; FEBRUARY 1, 2017; MARCH 1, 2017; APRIL 1, 2017; MAY 1, 2017; JUNE 1, 2017; JULY 1, 2017; AUGUST 1, 2017

**UNPAID MORTGAGE PAYMENTS AND INTEREST:**      $77,225.66

$977.54 PRINCIPAL & INTEREST DUE FOR FEBRUARY 1, 2011
$977.54 PRINCIPAL & INTEREST DUE FOR MARCH 1, 2011
$977.54 PRINCIPAL & INTEREST DUE FOR APRIL 1, 2011
$977.54 PRINCIPAL & INTEREST DUE FOR MAY 1, 2011
$977.54 PRINCIPAL & INTEREST DUE FOR JUNE 1, 2011
$977.54 PRINCIPAL & INTEREST DUE FOR JULY 1, 2011
$977.54 PRINCIPAL & INTEREST DUE FOR AUGUST 1, 2011
$977.54 PRINCIPAL & INTEREST DUE FOR SEPTEMBER 1, 2011
$977.54 PRINCIPAL & INTEREST DUE FOR OCTOBER 1, 2011
$977.54 PRINCIPAL & INTEREST DUE FOR NOVEMBER 1, 2011
$977.54 PRINCIPAL & INTEREST DUE FOR DECEMBER 1, 2011
$977.54 PRINCIPAL & INTEREST DUE FOR JANUARY 1, 2012
$977.54 PRINCIPAL & INTEREST DUE FOR FEBRUARY 1, 2012
$977.54 PRINCIPAL & INTEREST DUE FOR MARCH 1, 2012
$977.54 PRINCIPAL & INTEREST DUE FOR APRIL 1, 2012
$977.54 PRINCIPAL & INTEREST DUE FOR MAY 1, 2012
$977.54 PRINCIPAL & INTEREST DUE FOR JUNE 1, 2012
$977.54 PRINCIPAL & INTEREST DUE FOR JULY 1, 2012
$977.54 PRINCIPAL & INTEREST DUE FOR AUGUST 1, 2012
$977.54 PRINCIPAL & INTEREST DUE FOR SEPTEMBER 1, 2012
$977.54 PRINCIPAL & INTEREST DUE FOR OCTOBER 1, 2012
$977.54 PRINCIPAL & INTEREST DUE FOR NOVEMBER 1, 2012
$977.54 PRINCIPAL & INTEREST DUE FOR DECEMBER 1, 2012
$977.54 PRINCIPAL & INTEREST DUE FOR JANUARY 1, 2013
$977.54 PRINCIPAL & INTEREST DUE FOR FEBRUARY 1, 2013
$977.54 PRINCIPAL & INTEREST DUE FOR MARCH 1, 2013
$977.54 PRINCIPAL & INTEREST DUE FOR APRIL 1, 2013
$977.54 PRINCIPAL & INTEREST DUE FOR MAY 1, 2013

# SCHEDULE A

$977.54 PRINCIPAL & INTEREST DUE FOR JUNE 1, 2013
$977.54 PRINCIPAL & INTEREST DUE FOR JULY 1, 2013
$977.54 PRINCIPAL & INTEREST DUE FOR AUGUST 1, 2013
$977.54 PRINCIPAL & INTEREST DUE FOR SEPTEMBER 1, 2013
$977.54 PRINCIPAL & INTEREST DUE FOR OCTOBER 1, 2013
$977.54 PRINCIPAL & INTEREST DUE FOR NOVEMBER 1, 2013
$977.54 PRINCIPAL & INTEREST DUE FOR DECEMBER 1, 2013
$977.54 PRINCIPAL & INTEREST DUE FOR JANUARY 1, 2014
$977.54 PRINCIPAL & INTEREST DUE FOR FEBRUARY 1, 2014
$977.54 PRINCIPAL & INTEREST DUE FOR MARCH 1, 2014
$977.54 PRINCIPAL & INTEREST DUE FOR APRIL 1, 2014
$977.54 PRINCIPAL & INTEREST DUE FOR MAY 1, 2014
$977.54 PRINCIPAL & INTEREST DUE FOR JUNE 1, 2014
$977.54 PRINCIPAL & INTEREST DUE FOR JULY 1, 2014
$977.54 PRINCIPAL & INTEREST DUE FOR AUGUST 1, 2014
$977.54 PRINCIPAL & INTEREST DUE FOR SEPTEMBER 1, 2014
$977.54 PRINCIPAL & INTEREST DUE FOR OCTOBER 1, 2014
$977.54 PRINCIPAL & INTEREST DUE FOR NOVEMBER 1, 2014
$977.54 PRINCIPAL & INTEREST DUE FOR DECEMBER 1, 2014
$977.54 PRINCIPAL & INTEREST DUE FOR JANUARY 1, 2015
$977.54 PRINCIPAL & INTEREST DUE FOR FEBRUARY 1, 2015
$977.54 PRINCIPAL & INTEREST DUE FOR MARCH 1, 2015
$977.54 PRINCIPAL & INTEREST DUE FOR APRIL 1, 2015
$977.54 PRINCIPAL & INTEREST DUE FOR MAY 1, 2015
$977.54 PRINCIPAL & INTEREST DUE FOR JUNE 1, 2015
$977.54 PRINCIPAL & INTEREST DUE FOR JULY 1, 2015
$977.54 PRINCIPAL & INTEREST DUE FOR AUGUST 1, 2015
$977.54 PRINCIPAL & INTEREST DUE FOR SEPTEMBER 1, 2015
$977.54 PRINCIPAL & INTEREST DUE FOR OCTOBER 1, 2015
$977.54 PRINCIPAL & INTEREST DUE FOR NOVEMBER 1, 2015
$977.54 PRINCIPAL & INTEREST DUE FOR DECEMBER 1, 2015
$977.54 PRINCIPAL & INTEREST DUE FOR JANUARY 1, 2016
$977.54 PRINCIPAL & INTEREST DUE FOR FEBRUARY 1, 2016
$977.54 PRINCIPAL & INTEREST DUE FOR MARCH 1, 2016
$977.54 PRINCIPAL & INTEREST DUE FOR APRIL 1, 2016
$977.54 PRINCIPAL & INTEREST DUE FOR MAY 1, 2016
$977.54 PRINCIPAL & INTEREST DUE FOR JUNE 1, 2016
$977.54 PRINCIPAL & INTEREST DUE FOR JULY 1, 2016
$977.54 PRINCIPAL & INTEREST DUE FOR AUGUST 1, 2016
$977.54 PRINCIPAL & INTEREST DUE FOR SEPTEMBER 1, 2016
$977.54 PRINCIPAL & INTEREST DUE FOR OCTOBER 1, 2016
$977.54 PRINCIPAL & INTEREST DUE FOR NOVEMBER 1, 2016
$977.54 PRINCIPAL & INTEREST DUE FOR DECEMBER 1, 2016
$977.54 PRINCIPAL & INTEREST DUE FOR JANUARY 1, 2017
$977.54 PRINCIPAL & INTEREST DUE FOR FEBRUARY 1, 2017
$977.54 PRINCIPAL & INTEREST DUE FOR MARCH 1, 2017
$977.54 PRINCIPAL & INTEREST DUE FOR APRIL 1, 2017
$977.54 PRINCIPAL & INTEREST DUE FOR MAY 1, 2017

## SCHEDULE A

$977.54 PRINCIPAL & INTEREST DUE FOR JUNE 1, 2017
$977.54 PRINCIPAL & INTEREST DUE FOR JULY 1, 2017
$977.54 PRINCIPAL & INTEREST DUE FOR AUGUST 1, 2017

**UNPAID ESCROW CONTRIBUTIONS:**          $20,589.77

$260.63 R.E. TAX & INSURANCE ESCROW DUE FOR FEBRUARY 1, 2011
$260.63 R.E. TAX & INSURANCE ESCROW DUE FOR MARCH 1, 2011
$260.63 R.E. TAX & INSURANCE ESCROW DUE FOR APRIL 1, 2011
$260.63 R.E. TAX & INSURANCE ESCROW DUE FOR MAY 1, 2011
$260.63 R.E. TAX & INSURANCE ESCROW DUE FOR JUNE 1, 2011
$260.63 R.E. TAX & INSURANCE ESCROW DUE FOR JULY 1, 2011
$260.63 R.E. TAX & INSURANCE ESCROW DUE FOR AUGUST 1, 2011
$260.63 R.E. TAX & INSURANCE ESCROW DUE FOR SEPTEMBER 1, 2011
$260.63 R.E. TAX & INSURANCE ESCROW DUE FOR OCTOBER 1, 2011
$260.63 R.E. TAX & INSURANCE ESCROW DUE FOR NOVEMBER 1, 2011
$260.63 R.E. TAX & INSURANCE ESCROW DUE FOR DECEMBER 1, 2011
$260.63 R.E. TAX & INSURANCE ESCROW DUE FOR JANUARY 1, 2012
$260.63 R.E. TAX & INSURANCE ESCROW DUE FOR FEBRUARY 1, 2012
$260.63 R.E. TAX & INSURANCE ESCROW DUE FOR MARCH 1, 2012
$260.63 R.E. TAX & INSURANCE ESCROW DUE FOR APRIL 1, 2012
$260.63 R.E. TAX & INSURANCE ESCROW DUE FOR MAY 1, 2012
$260.63 R.E. TAX & INSURANCE ESCROW DUE FOR JUNE 1, 2012
$260.63 R.E. TAX & INSURANCE ESCROW DUE FOR JULY 1, 2012
$260.63 R.E. TAX & INSURANCE ESCROW DUE FOR AUGUST 1, 2012
$260.63 R.E. TAX & INSURANCE ESCROW DUE FOR SEPTEMBER 1, 2012
$260.63 R.E. TAX & INSURANCE ESCROW DUE FOR OCTOBER 1, 2012
$260.63 R.E. TAX & INSURANCE ESCROW DUE FOR NOVEMBER 1, 2012
$260.63 R.E. TAX & INSURANCE ESCROW DUE FOR DECEMBER 1, 2012
$260.63 R.E. TAX & INSURANCE ESCROW DUE FOR JANUARY 1, 2013
$260.63 R.E. TAX & INSURANCE ESCROW DUE FOR FEBRUARY 1, 2013
$260.63 R.E. TAX & INSURANCE ESCROW DUE FOR MARCH 1, 2013
$260.63 R.E. TAX & INSURANCE ESCROW DUE FOR APRIL 1, 2013
$260.63 R.E. TAX & INSURANCE ESCROW DUE FOR MAY 1, 2013
$260.63 R.E. TAX & INSURANCE ESCROW DUE FOR JUNE 1, 2013
$260.63 R.E. TAX & INSURANCE ESCROW DUE FOR JULY 1, 2013
$260.63 R.E. TAX & INSURANCE ESCROW DUE FOR AUGUST 1, 2013
$260.63 R.E. TAX & INSURANCE ESCROW DUE FOR SEPTEMBER 1, 2013
$260.63 R.E. TAX & INSURANCE ESCROW DUE FOR OCTOBER 1, 2013
$260.63 R.E. TAX & INSURANCE ESCROW DUE FOR NOVEMBER 1, 2013
$260.63 R.E. TAX & INSURANCE ESCROW DUE FOR DECEMBER 1, 2013
$260.63 R.E. TAX & INSURANCE ESCROW DUE FOR JANUARY 1, 2014
$260.63 R.E. TAX & INSURANCE ESCROW DUE FOR FEBRUARY 1, 2014
$260.63 R.E. TAX & INSURANCE ESCROW DUE FOR MARCH 1, 2014
$260.63 R.E. TAX & INSURANCE ESCROW DUE FOR APRIL 1, 2014
$260.63 R.E. TAX & INSURANCE ESCROW DUE FOR MAY 1, 2014
$260.63 R.E. TAX & INSURANCE ESCROW DUE FOR JUNE 1, 2014
$260.63 R.E. TAX & INSURANCE ESCROW DUE FOR JULY 1, 2014

## SCHEDULE A

$260.63  R.E. TAX & INSURANCE ESCROW DUE FOR  AUGUST 1, 2014
$260.63  R.E. TAX & INSURANCE ESCROW DUE FOR  SEPTEMBER 1, 2014
$260.63  R.E. TAX & INSURANCE ESCROW DUE FOR  OCTOBER 1, 2014
$260.63  R.E. TAX & INSURANCE ESCROW DUE FOR  NOVEMBER 1, 2014
$260.63  R.E. TAX & INSURANCE ESCROW DUE FOR  DECEMBER 1, 2014
$260.63  R.E. TAX & INSURANCE ESCROW DUE FOR  JANUARY 1, 2015
$260.63  R.E. TAX & INSURANCE ESCROW DUE FOR  FEBRUARY 1, 2015
$260.63  R.E. TAX & INSURANCE ESCROW DUE FOR  MARCH 1, 2015
$260.63  R.E. TAX & INSURANCE ESCROW DUE FOR  APRIL 1, 2015
$260.63  R.E. TAX & INSURANCE ESCROW DUE FOR  MAY 1, 2015
$260.63  R.E. TAX & INSURANCE ESCROW DUE FOR  JUNE 1, 2015
$260.63  R.E. TAX & INSURANCE ESCROW DUE FOR  JULY 1, 2015
$260.63  R.E. TAX & INSURANCE ESCROW DUE FOR  AUGUST 1, 2015
$260.63  R.E. TAX & INSURANCE ESCROW DUE FOR  SEPTEMBER 1, 2015
$260.63  R.E. TAX & INSURANCE ESCROW DUE FOR  OCTOBER 1, 2015
$260.63  R.E. TAX & INSURANCE ESCROW DUE FOR  NOVEMBER 1, 2015
$260.63  R.E. TAX & INSURANCE ESCROW DUE FOR  DECEMBER 1, 2015
$260.63  R.E. TAX & INSURANCE ESCROW DUE FOR  JANUARY 1, 2016
$260.63  R.E. TAX & INSURANCE ESCROW DUE FOR  FEBRUARY 1, 2016
$260.63  R.E. TAX & INSURANCE ESCROW DUE FOR  MARCH 1, 2016
$260.63  R.E. TAX & INSURANCE ESCROW DUE FOR  APRIL 1, 2016
$260.63  R.E. TAX & INSURANCE ESCROW DUE FOR  MAY 1, 2016
$260.63  R.E. TAX & INSURANCE ESCROW DUE FOR  JUNE 1, 2016
$260.63  R.E. TAX & INSURANCE ESCROW DUE FOR  JULY 1, 2016
$260.63  R.E. TAX & INSURANCE ESCROW DUE FOR  AUGUST 1, 2016
$260.63  R.E. TAX & INSURANCE ESCROW DUE FOR  SEPTEMBER 1, 2016
$260.63  R.E. TAX & INSURANCE ESCROW DUE FOR  OCTOBER 1, 2016
$260.63  R.E. TAX & INSURANCE ESCROW DUE FOR  NOVEMBER 1, 2016
$260.63  R.E. TAX & INSURANCE ESCROW DUE FOR  DECEMBER 1, 2016
$260.63  R.E. TAX & INSURANCE ESCROW DUE FOR  JANUARY 1, 2017
$260.63  R.E. TAX & INSURANCE ESCROW DUE FOR  FEBRUARY 1, 2017
$260.63  R.E. TAX & INSURANCE ESCROW DUE FOR  MARCH 1, 2017
$260.63  R.E. TAX & INSURANCE ESCROW DUE FOR  APRIL 1, 2017
$260.63  R.E. TAX & INSURANCE ESCROW DUE FOR  MAY 1, 2017
$260.63  R.E. TAX & INSURANCE ESCROW DUE FOR  JUNE 1, 2017
$260.63  R.E. TAX & INSURANCE ESCROW DUE FOR  JULY 1, 2017
$260.63  R.E. TAX & INSURANCE ESCROW DUE FOR  AUGUST 1, 2017

**LATE CHARGES OR FEES:**        **$276.64**

$146.64  LATE CHARGES ASSESSED ON  MAY 6, 2016
$10.00  LATE CHARGES ASSESSED ON  JULY 18, 2016
$10.00  LATE CHARGES ASSESSED ON  AUGUST 16, 2016
$10.00  LATE CHARGES ASSESSED ON  SEPTEMBER 16, 2016
$10.00  LATE CHARGES ASSESSED ON  OCTOBER 17, 2016
$10.00  LATE CHARGES ASSESSED ON  NOVEMBER 16, 2016
$10.00  LATE CHARGES ASSESSED ON  DECEMBER 16, 2016
$10.00  LATE CHARGES ASSESSED ON  JANUARY 17, 2017

# SCHEDULE A

$10.00 LATE CHARGES ASSESSED ON FEBRUARY 16, 2017
$10.00 LATE CHARGES ASSESSED ON MARCH 16, 2017
$10.00 LATE CHARGES ASSESSED ON APRIL 17, 2017
$10.00 LATE CHARGES ASSESSED ON MAY 16, 2017
$10.00 LATE CHARGES ASSESSED ON JUNE 16, 2017
$10.00 LATE CHARGES ASSESSED ON JULY 17, 2017

LESS $0.00 FUNDS IN SUSPENSE

The amount required to cure this default must be in the form of certified funds. Funds must be sent to:

| Overnight Mail: | Western Union: |
|---|---|
| Rushmore Loan Management Services LLC | Quick Collect (any location) |
| ATTN: Cashiering Department | CodeState: CA |
| 15480 Laguna Canyon Road, Suite 100 | CodeCity: Rushmore |
| Irvine, CA 92618 | |

Your failure to cure this default by the Cure Date, Rushmore may, at its option, accelerate the sums due under your Note which is secured by your Mortgage and declare your Mortgage to be immediately due and payable without further demand or notice to you. If the loan is accelerated, Rushmore may subsequently proceed to enforce the terms of the Loan Documents which may include acquiring the subject property by means of foreclosure and sale.

Partial payments received may be applied to any amounts outstanding, but any partial payments that are applied will not invalidate our right to commence foreclosure proceedings.

You have the right to have the enforcement of the Mortgage discontinued if you cure the default until such time as a judgment of foreclosure has been entered. In accordance with the terms of the Loan Documents, you may cure the default by: 1) payment in the full amount that then would be due as if immediate payment in full had not been required; 2) correct your failure to keep any of your other promises or agreements made in the loan documents; 3) pay all of lender's reasonable expenses in enforcing the loan documents including, for example, reasonable attorney's fees; and 4) do whatever lender reasonably requires to assure that lender's rights in the subject property, lender's rights under the loan documents, and your obligations under the loan documents remain unchanged. If you cure this default, the Note and Mortgage remain fully effective as if immediate payment in full had never been required.

You have the right in any lawsuit for foreclosure and sale to assert you kept your promises and agreements under the Loan Documents and to assert the nonexistence of a default or any other defense to acceleration andforeclosure.

You may have options available other than foreclosure and you may discuss available options with Rushmore or a counselor approved by the United States Department of Housing and Urban Development. You are encouraged to explore available options prior to the expiration of the right to cure period. Please see the enclosed list of approved housing counselors in Maine and "Alternatives to Foreclosure". For more information regarding housing counseling agencies in your area, call 1-800-569-4287.

The name, address and telephone number of the contact who may discuss modifying your mortgage is:

Rushmore Loan Management Services LLC
Attn: Loss Mitigation Department
15480 Laguna Canyon Rd. #100
Irvine, CA 92618
888-504-7300

You may call this department to discuss reinstatement or modification of your mortgage.

If you do not cure this default and if a foreclosure action is started against you in court, you may request mediation to explore options to avoid foreclosure.

Sincerely,
Rushmore Loan Management Services LLC

## ALTERNATIVES TO FORECLOSURE

This message is enclosed with a letter informing you that you have thirty-five (35) days to cure your default in payment of your mortgage. This message is not to be construed by you as legal advice nor is it any representation that the Lender will agree to any of the following possible alternatives to foreclosure. You are encouraged to contact your Lender and stay in communication with them if you intend to keep your house.

**REPAYMENT AGREEMENT** where you contact the Lender and ask to have your delinquent payments placed at the end of your mortgage.

**REINSTATEMENT AGREEMENT** where you agree to pay your delinquent payments over 6-12 months. If you have the ability to raise the amount of the delinquent payments you may want to pay all of the delinquent payments and reinstate your mortgage.

**SHORT SALE** where you place your house for sale for an amount of all or less than the amount owed and ask the Lender to accept less than the full amount due. The Lender will require from you financial statements and all of the financial information regarding the sale. The Lender will allow you to pay a Broker's commission, delinquent taxes and normal closing costs, but you will not be allowed to retain any money unless you pay the loan in full.

**DEED IN LIEU OF FORECLOSURE** where you and the Lender agree to allow you to sign a Deed of the property to the Lender and you will not have to go through a foreclosure and have your name in the newspaper when the property is sold at a public auction. This may not be possible if you have liens against your property.

**CONSENT TO FORECLOSURE** where you sign a paper and consent to the foreclosure going through without any additional court proceedings.

If you are not able to take advantage of any of the alternatives to foreclosure, you will be served with a Summons and Complaint by a Deputy Sheriff. You will have 20 days to answer the Complaint. If you do not answer the Complaint, a default will be entered, and a Motion for Summary Judgment will be filed. You will have 20 days to answer the Motion. When the Judgment of Foreclosure and Sale is entered, you will have 90 days to redeem the property by paying the mortgage in full. About a month after the expiration of the 90 day Period of Redemption, a public auction will be held and the property will be sold.

Regardless of the outcome of the Notice of Default letter, you should continue to take care of the property. If you decide to leave the property, please take steps to secure the property and drain the water pipes. You may send the keys to Rushmore at 15480 Laguna Canyon Road, Irvine, California 92618.

## DEBT COLLECTION

This communication is for the purpose of collecting a debt, and any information obtained from the trustor(s) will be used for that purpose. Rushmore is acting as a "debt collector" as that term is defined in the Federal Fair Debt Collection Practices Act. This notice is required by the provisions of the Fair Debt Collection Practices Act and does not imply that we are attempting to collect money from any one who has discharged the debt under the bankruptcy laws of the United States.

## CREDIT REPORTING

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

## BANKRUPTCY

If you have received a discharge of this debt through bankruptcy, you are not personally liable to us if you do not pay us the above amount. We can recover only the real property from you and you will not be obligated to pay us the difference between what we may get from the sale of the real property and the balance due on the loan. This notice is provided to inform you of what you must do to retain possession of your real property.

## HUD STATEMENT

Pursuant to section 169 of the Housing and Community Development Act of 1987, you may have the opportunity to receive counseling from various local agencies regarding the retention of your home. You may obtain a list of the HUD approved housing counseling agencies by calling the HUD nationwide toll free telephone at 1-800-569-4287or by going to www.hud.gov.

## STATE SPECIFIC NOTICES

**The following notice applies to California residents only:**

The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8:00 a.m. or after 9:00 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP (382-4357) or www.ftc.gov.

**The following notice applies to Colorado residents only:**

Please note: A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt.

FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE www.coag.gov/car. Please be advised that you can reach the Colorado Foreclosure Hotline at 1-877-601-HOPE (601-4673).

Local Rushmore Loan Management Services LLC Agent for Colorado Residents:

Irvin Borenstein
13111 E. Briarwood Ave. Ste #340
Centennial, CO 80112

**The following notice applies to Massachusetts residents only:**

Notice of IMPORTANT RIGHTS: You have the right to make a written or oral request tht telephone calls regarding your debt not be made to you at your place of employment. Any such oral request will be valid for only ten (10) days unless you provide written confirmation of the request postmarked or delivered within seven (7) days of such request. You may terminate this request by writing to the creditor.

## ADDITIONAL NOTICES

Rushmore Loan Management Services LLC is a Debt Collector, who is attempting to collect a debt. Any information obtained will be used for that purpose. However, if you are in Bankruptcy or received a Bankruptcy Discharge of this debt, this letter is being sent for informational purposes only, Is not an attempt to collect a debt and does not constitute a notice of personal liability with respect to the debt.

| Servicemembers Civil Relief Act Notice Disclosure | U.S. Department of Housing and Urban Development Office of Housing | OMB Approval 2502-0584 Exp 12/31/17 |
|---|---|---|

## Legal Rights and Protections Under the SCRA

Servicemembers on "active duty" or "active service," or a spouse or dependent of such a servicemember may be entitled to certain legal protections and debt relief pursuant to the Servicemembers Civil Relief Act (50 USC App. §§ 501-597b) (SCRA).

## Who May Be Entitled to Legal Protections Under the SCRA?

- Regular members of the U.S. Armed Forces (Army, Navy, Air Force, Marine Corps and Coast Guard).
- Reserve and National Guard personnel who have been activated and are on Federal active duty
- National Guard personnel under a call or order to active duty for more than 30 consecutive days under section 502(f) of title 32, United States Code, for purposes of responding to a national emergency declared by the President and supported by Federal funds
- Active service members of the commissioned corps of the Public Health Service and the National Oceanic and Atmospheric Administration.
- Certain United States citizens serving with the armed forces of a nation with which the United States is allied in the prosecution of a war or military action.

## What Legal Protections Are Servicemembers Entitled To Under the SCRA?

- The SCRA states that a debt incurred by a servicemember, or servicemember and spouse jointly, prior to entering military service shall not bear interest at a rate above 6 % during the period of military service and one year thereafter, in the case of an obligation or liability consisting of a mortgage, trust deed, or other security in the nature of a mortgage, or during the period of military service in the case of any other obligation or liability.
- The SCRA states that in a legal action to enforce a debt against real estate that is filed during, or within one year after the servicemember's military service, a court may stop the proceedings for a period of time, or adjust the debt. In addition, the sale, foreclosure, or seizure of real estate shall not be valid if it occurs during, or within one year after the servicemember's military service unless the creditor has obtained a valid court order approving the sale, foreclosure, or seizure of the real estate.
- The SCRA contains many other protections besides those applicable to home loans.

## How Does A Servicemember or Dependent Request Relief Under the SCRA?

- In order to request relief under the SCRA from loans with interest rates above 6% a servicemember or spouse must provide a written request to the lender, together with a copy of the servicemember's military orders. ***Rushmore Loan Management Services, LLC / 15480 Laguna Canyon Road, Suite 100 / Irvine CA 92618 Telephone: (888) 504-6700 / Fax: (949) 453-9397***
- There is no requirement under the SCRA, however, for a servicemember to provide a written notice or a copy of a servicemember's military orders to the lender in connection with a foreclosure or other debt enforcement action against real estate. Under these circumstances, lenders should inquire about the military status of a person by searching the Department of Defense's Defense Manpower Data Center's website, contacting the servicemember, and examining their files for indicia of military service. Although there is no requirement for servicemembers to alert the lender of their military status in these situations, it still is a good idea for the servicemember to do so.

## How Does a Servicemember or Dependent Obtain Information About the SCRA?

- Servicemembers and dependents with questions about the SCRA should contact their unit's Judge Advocate, or their installation's Legal Assistance Officer. A military legal assistance office locator for all branches of the Armed Forces is available at http://legalassistance.law.af.mil/content/locator.php
  - "Military OneSource" is the U. S. Department of Defense's information resource. If you are listed as entitled to legal protections under the SCRA (see above), please go to www.militaryonesource.mil/legal or call 1 800-342-9647 (toll free from the United States) to find out more information. Dialing instructions for areas outside the United States are provided on the website.

form HUD-92070
(12/2014 amended BOL 01/2015)

FRIDAY, AUGUST 11, 2017



Connect with HUD

Información en Español

Site Map | A-Z Index | Text A A A

HUD.gov

# HUD Approved Housing Counseling Agencies

GO BACK

This listing is current as of 08/10/2017.

Click here to narrow your search.

Printer Friendly Version.

Agencies located in MAINE

| Agency Name | Phone, Toll-Free, Fax Number, Email, Website, Agency ID | Address | Counseling Services | Languages | Parent Organization |
|---|---|---|---|---|---|
| BREAD OF LIFE MINISTRIES | Phone: 207-626-3434-202<br>E-mail: programdirector@mainebreadoflife.org<br>Website: www.mainebreadoflife.org<br>Agency ID: 84583 | 159 Water Street AUGUSTA, Maine 04330-4607 | - Financial Management/Budget Counseling<br>- Services for Homeless Counseling | - English | MAINE STATE HOUSING AUTHORITY |
| MAINE STATE HOUSING AUTHORITY | Phone: 207-626-4670<br>Toll-free: 800-452-4668<br>Fax: 207-626-4678<br>E-mail: dkjohnson@mainehousing.org<br>Website: www.mainehousing.org<br>Agency ID: 84456 | 353 WATER STREET AUGUSTA, Maine 04330-4665 | - Pre-purchase Counseling<br>- Pre-purchase Homebuyer Education Workshops | - English | MAINE STATE HOUSING AUTHORITY |
| PENQUIS COMMUNITY ACTION PROGRAM | Phone: 207-974-2403<br>Toll-free: 888-424-0151<br>Fax: 207-973-3699<br>E-mail: hmassow@penquis.org<br>Website: www.penquis.org<br>Agency ID: 81649 | 262 Harlow Street PO Box 1162 BANGOR, Maine 04401-4952 | - Financial, Budgeting, and Credit Workshops<br>- Mortgage Delinquency and Default Resolution Counseling<br>- Pre-purchase Counseling<br>- Pre-purchase Homebuyer Education Workshops | - English | NEIGHBORHOOD REINVESTMENT CORP. DBA NEIGHBORWORKS AMERICA |
| MIDCOAST MAINE COMMUNITY ACTION | Phone: 207-442-7963<br>Toll-free: 800-221-2221<br>Fax: 207-443-7447<br>E-mail: candice.carpenter@mmcacorp.org<br>Website: www.midcoastmainecommunityaction.org<br>Agency ID: 80502 | 34 Wing Farm Pkwy Bath, Maine 04530-1515 | - Financial Management/Budget Counseling<br>- Rental Housing Counseling<br>- Services for Homeless Counseling | - English<br>- Spanish | |
| WALDO COMMUNITY ACTION PARTNERS | Phone: 207-338-6809<br>E-mail: N/A<br>Website: waldocap.org<br>Agency ID: 90310 | 9 Field St Ste 201 Belfast, Maine 04915-6661 | - Financial Management/Budget Counseling<br>- Financial, Budgeting, and Credit Workshops<br>- Home Improvement and Rehabilitation Counseling<br>- Mortgage Delinquency and Default Resolution Counseling<br>- Non-Delinquency Post Purchase Workshops<br>- Pre-purchase Counseling<br>- Pre-purchase Homebuyer Education Workshops<br>- Rental Housing Counseling<br>- Services for Homeless Counseling | - English<br>- French<br>- German | MAINE STATE HOUSING AUTHORITY |
| COASTAL ENTERPRISES, INCORPORATED | Phone: 207-504-5900<br>Toll-free: 877-340-2649<br>E-mail: jason.thomas@ceimaine.org<br>Website: www.ceimaine.org<br>Agency ID: 80985 | 30 Federal Street Suite 100 BRUNSWICK, Maine 04011-1510 | - Fair Housing Pre-Purchase Education Workshops<br>- Financial Management/Budget Counseling<br>- Home Improvement and Rehabilitation Counseling<br>- Mortgage Delinquency and Default Resolution Counseling<br>- Non-Delinquency Post Purchase Workshops<br>- Pre-purchase Counseling<br>- Pre-purchase Homebuyer Education Workshops<br>- Predatory Lending Education Workshops<br>- Rental Housing Counseling<br>- Reverse Mortgage Counseling<br>- Services for Homeless Counseling | - English<br>- Spanish | CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC. |
| TEDFORD HOUSING | Phone: 207-729-1161-100<br>E-mail: officemanager@tedfordhousing.org | 14 Middle Street BRUNSWICK, | - Rental Housing Counseling<br>- Services for Homeless Counseling | - English | MAINE STATE HOUSING AUTHORITY |

| Agency | Contact | Address | Services | Languages | Parent |
|---|---|---|---|---|---|
| | Website: www.tedfordhousing.org<br>Agency ID: 83465 | Maine<br>04011-2400 | | | |
| WESTERN MAINE CAP | Phone: 207-645-3764<br>E-mail: N/A<br>Website: wmca.org<br>Agency ID: 83649 | 20 A Church St<br>East Wilton, Maine<br>04234 | - Fair Housing Pre-Purchase Education Workshops<br>- Financial Management/Budget Counseling<br>- Financial, Budgeting, and Credit Workshops<br>- Mortgage Delinquency and Default Resolution Counseling<br>- Pre-purchase Counseling<br>- Pre-purchase Homebuyer Education Workshops<br>- Predatory Lending Education Workshops<br>- Rental Housing Counseling<br>- Resolving/Preventing Mortgage Delinquency Workshops<br>- Services for Homeless Counseling | - English | MAINE STATE HOUSING AUTHORITY |
| FOUR DIRECTIONS DEVELOPMENT CORPORATION | Phone: 207-866-6546<br>Fax: 207-866-6553<br>E-mail: snickerson@fourdirectionsmaine.org<br>Website: www.fourdirectionsmaine.org<br>Agency ID: 83879 | 20 Godfrey Drive<br>ORONO, Maine<br>04473-3610 | - Financial Management/Budget Counseling<br>- Financial, Budgeting, and Credit Workshops<br>- Home Improvement and Rehabilitation Counseling<br>- Non-Delinquency Post Purchase Workshops<br>- Pre-purchase Counseling<br>- Pre-purchase Homebuyer Education Workshops | - English | MAINE STATE HOUSING AUTHORITY |
| AVESTA HOUSING DEVELOPMENT CORPORATION | Phone: 207-553-7780-3347<br>Toll-free: 800-339-6516<br>Fax: 207-553-7778<br>E-mail: ndigeronimo@avestahousing.org<br>Website: www.avestahousing.org<br>Agency ID: 81144 | 307 Cumberland Avenue<br>PORTLAND, Maine<br>04101-4920 | - Fair Housing Pre-Purchase Education Workshops<br>- Financial Management/Budget Counseling<br>- Financial, Budgeting, and Credit Workshops<br>- Mortgage Delinquency and Default Resolution Counseling<br>- Non-Delinquency Post Purchase Workshops<br>- Pre-purchase Counseling<br>- Pre-purchase Homebuyer Education Workshops<br>- Predatory Lending Education Workshops<br>- Rental Housing Counseling<br>- Resolving/Preventing Mortgage Delinquency Workshops | - English | CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC. |
| CITY OF PORTLAND SHELTER | Phone: 207-482-5131<br>Agency ID: 81720 | 196 Lancaster Street<br>PORTLAND, Maine<br>04101-2418 | - Financial Management/Budget Counseling<br>- Rental Housing Counseling<br>- Rental Housing Workshops<br>- Services for Homeless Counseling | - English | MAINE STATE HOUSING AUTHORITY |
| COMMUNITY FINANCIAL LITERACY | Phone: 207-797-7890<br>E-mail: crwaganje@cflmaine.org<br>Website: www.cflme.org<br>Agency ID: 80649 | 309 Cumberland Ave Suite 205<br>PORTLAND, Maine<br>04101-4982 | - Financial Management/Budget Counseling | - English<br>- French<br>- Swahili | MAINE STATE HOUSING AUTHORITY |
| MONEY MANAGEMENT INTERNATIONAL - SOUTH PORTLAND | Phone: 866-232-9080<br>Toll-free: 866-232-9080<br>Fax: 866-921-5129<br>E-mail: counselinginfo@moneymanagement.org<br>Website: www.moneymanagement.org<br>Agency ID: 82632 | 477 Congress St Fl 5<br>Portland, Maine<br>04101-3457 | - Financial Management/Budget Counseling<br>- Mortgage Delinquency and Default Resolution Counseling<br>- Non-Delinquency Post Purchase Workshops<br>- Pre-purchase Counseling<br>- Pre-purchase Homebuyer Education Workshops<br>- Rental Housing Counseling | - English<br>- Spanish | MONEY MANAGEMENT INTERNATIONAL INC. |
| PINE TREE LEGAL ASSISTANCE, INCORPORATED | Phone: 207-774-8211<br>Fax: 207-828-2300<br>E-mail: nheald@ptla.org<br>Website: www.ptla.org<br>Agency ID: 80635 | 88 Federal St PO Box 547<br>PORTLAND, Maine<br>04101-4205 | - Fair Housing Pre-Purchase Education Workshops<br>- Mortgage Delinquency and Default Resolution Counseling<br>- Pre-purchase Counseling<br>- Predatory Lending Education Workshops<br>- Rental Housing Counseling<br>- Services for Homeless Counseling | - Arabic<br>- ASL<br>- Cambodian<br>- Cantonese<br>- Chinese Mandarin<br>- Creole<br>- Czech<br>- English<br>- Farsi<br>- French<br>- Hindi<br>- Hmong<br>- Indonesian<br>- Korean<br>- Polish<br>- Portuguese<br>- Russian<br>- Spanish<br>- Swahili<br>- Turkish<br>- Ukrainian | |



| Agency | Contact | Address | Services | Languages | Parent Organization |
|---|---|---|---|---|---|
| AROOSTOOK COUNTY ACTION PROGRAM, INC. | Phone: 207-768-3023-650<br>Toll-free: 800-432-7881<br>Fax: 207-768-3021<br>E-mail: jbaillargeon@acap-me.org<br>Website: www.acap-me.org<br>Agency ID: 83641 | 771 Main St<br>PRESQUE ISLE, Maine<br>04769-2201 | - Financial Management/Budget Counseling<br>- Mortgage Delinquency and Default Resolution Counseling<br>- Pre-purchase Counseling<br>- Pre-purchase Homebuyer Education Workshops<br>- Rental Housing Counseling<br>- Services for Homeless Counseling | - English | MAINE STATE HOUSING AUTHORITY |
| YORK COUNTY COMMUNITY ACTION AGENCY | Phone: 207-459-2959<br>Fax: 207-490-5026<br>E-mail: jenniferg@yccac.org<br>Website: www.yccac.org<br>Agency ID: 81150 | 6 Spruce Street<br>SANFORD, Maine<br>04073-2917 | - Fair Housing Pre-Purchase Education Workshops<br>- Financial Management/Budget Counseling<br>- Home Improvement and Rehabilitation Counseling<br>- Mortgage Delinquency and Default Resolution Counseling<br>- Non-Delinquency Post Purchase Workshops<br>- Pre-purchase Counseling<br>- Pre-purchase Homebuyer Education Workshops<br>- Predatory Lending Education Workshops<br>- Rental Housing Counseling<br>- Services for Homeless Counseling | - English<br>- French<br>- German | CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC. |
| COMMUNITY CONCEPTS, INC. ALSO DBA HOMEQUESTMAINE | Phone: 207-333-6419<br>Fax: 207-795-4069<br>E-mail: homequest@community-concepts.org<br>Website: www.community-concepts.org<br>Agency ID: 81580 | 17 Market Square<br>SOUTH PARIS, Maine<br>04281-1533 | - Fair Housing Pre-Purchase Education Workshops<br>- Financial Management/Budget Counseling<br>- Mortgage Delinquency and Default Resolution Counseling<br>- Non-Delinquency Post Purchase Workshops<br>- Pre-purchase Counseling<br>- Pre-purchase Homebuyer Education Workshops<br>- Predatory Lending Education Workshops<br>- Rental Housing Counseling | - English | CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC. |
| KENNEBEC VALLEY COMMUNITY ACTION PROGRAM | Phone: 800-542-8227<br>E-mail: N/A<br>Website: www.kvcap.org<br>Agency ID: 81685 | 97 Water St<br>Waterville, Maine<br>04901-6339 | - Mortgage Delinquency and Default Resolution Counseling<br>- Non-Delinquency Post Purchase Workshops<br>- Pre-purchase Counseling<br>- Pre-purchase Homebuyer Education Workshops<br>- Resolving/Preventing Mortgage Delinquency Workshops | - English | NEIGHBORHOOD REINVESTMENT CORP. DBA NEIGHBORWORKS AMERICA |

(Top-right column also shows: Vietnamese)

You can narrow your search within this state by using one or more of the following search criteria and clicking the "Search" button. To choose another state please click on the "Go Back" link at the top of this page.



Agency Name:
Specific City:
Specific Zip:
Counseling Service:
Language:
Parent Organization:
Designation:
☐ Faith Based
☐ Colonias
☐ Migrant Workers

[Search]

Download Adobe Acrobat Reader to view PDF files located on this site.

RECOVERY.GOV | Busque información en Español | Accessibility | Contact Info | Privacy Policy | FOIA | Web Policies and Important Links

   

# Hanan Ihmud

**From:** Nobody <nobody@informe.org>
**Sent:** Monday, August 14, 2017 1:54 PM
**To:** Hanan Ihmud
**Subject:** Pre-Foreclosure Reporting Form Submission

Your pre-foreclosure reporting form has been successfully submitted to the Bureau of Consumer Credit Protection. Here is a copy of your submission.

-----
Mortgage Information
-----

Company providing the notice:RUSHMORE LOAN MANAGEMENT SERVICES, LLC Owner of the mortgage:Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Carlsbad Funding Mortgage Trust What term best describes the owner of the mortgage?:Securitized Pool Filer's Email Address:HIHMUD@RUSHMORELM.COM Contact information for persons having the authority to modify the mortgage to avoid foreclosure:JARED KOPS PO BOX 55004 IRVINE, CA 92619 JKOPS@RUSHMORELM.COM 949-341-5646

-----
Consumer Information
-----

Consumer First name:SUSANNE
Consumer Middle Initial/Middle Name: B
Consumer Last name:BROUSSEAU
Consumer Suffix:
Property Address line 1:6 MICHAUD AVENUE Property Address line 2:
Property Address line 3:
Property Address City/Town:OLD ORCHARD BEACH Property Address State:
Property Address zip code:04064
Property Address County:York

-----
Notification Details
-----

Date notice was mailed:8/11/2017
Amount needed to cure the default:98,092.07 Consumer Address line 1:MARIANNENSTRASSE 11 A Consumer Address line 2:
Consumer Address line 3:
Consumer Address City/Town:BERLIN
Consumer Address State:ME
Consumer Address zip code:10999

1





RUSHMORE
LOAN MANAGEMENT SERVICES

P.O. Box 55004
Irvine, CA 92619

Address Service Requested



Hasler
08/11/2017
US POSTAGE $01.6·

FIRST-CLASS M

ZIP 92618
011D116453

SUSANNE B. BROUSSEAU
6 MICHAUD AVENUE
OLD ORCHARD BEACH, ME 04064