UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| WILMINGTON SAVINGS FUND SOCIETY, FSB, d/b/a CHRISTIANA TRUST, TRUSTEE for CARLSBAD FUNDING MORTGAGE TRUST,<br><br>    Plaintiff,<br><br>v.<br><br>KAREN M. BROUSSEAU, in her capacity as Personal Representative of the ESTATE OF SUSANNE B. BROUSSEAU,<br><br>    Defendant,<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, as receiver for FIRST NATIONAL BANK OF ARIZONA,<br><br>    Party-in-Interest. | Case No. 2:20-cv-00101-LEW |

**PLAINTIFF'S CORPORATE DISCLOSURE (D. Me. Local R. 7.1)**

Plaintiff Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, Trustee for Carlsbad Funding Mortgage Trust ("Wilmington Savings"), by and through undersigned counsel, pursuant to D. Me. Local R. 7.1, submits this Notice of Interested Parties.

Wilmington Savings states that WSFS Financial Corporation owns ten percent (10%) or more of Wilmington Savings.

Dated: April 17, 2020                            Respectfully submitted,

                                                 /s/ Adam J. Shub
                                                 Adam J. Shub, Esq. Bar No. 4708
                                                 *Attorney for Plaintiff*
                                                 Wilmington Savings Fund Society, FSB, d/b/a
                                                 Christiana Trust, Trustee for Carlsbad
                                                 Funding Mortgage Trust

15357320.1

PRETI FLAHERTY, LLP
One City Center
P.O. Box 9546
Portland, ME 04112-9546
(207) 791-3000
ashub@preti.com